FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SYBIL P.,[1]<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.   1:22-cv-3101-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

　　Before the Court is the parties' Stipulated Motion for Remand. ECF No. 14. The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below.  The parties also agree that Plaintiff is entitled to reasonable attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

　　Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

　　1.　The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED.**

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

2. Judgment shall be entered for **Plaintiff**.

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council is to instruct the ALJ to further develop the record, offer Plaintiff the opportunity for a new hearing, and issue a new decision.  The ALJ shall reevaluate the evidence and the severity of Plaintiff's impairments, including her glaucoma, vision, peripheral vision, and left leg disorder; reevaluate the medical source opinions, including those of Christopher J. Babin, OD, Thomas Genthe, PhD, and Janis Lewis, PhD; and reevaluate Plaintiff's subjective symptom allegations and reassess the residual functional capacity, as necessary.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. If filed, the Court will consider Plaintiff's motion for fees and expenses under the Equal Access to Justice Act.

7. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 10th day of March 2023.

_Edward F. Shea_
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2